Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant  NOE RAMOS

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-013 AWI |
| | ) | |
| Petitioner, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| NOE RAMOS, et. al, | ) | Original Date:    July 2, 2012 |
| | ) | Requested Date:   July 30, 2012 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties that the sentencing in the above entitled case be continued from the original date of July 2, 2012 at 10:00 am to a new date of July 30, 2012 at 10:00 am. The basis for this stipulation is there were objections filed by the defense in this case and the objections were considered by the Presentence Officer.  However, there was an issue as to whether a certain portion of the guidelines should apply and the Presentence Officer has contacted

Stipulation to continue sentencing hearing
United States of America v. NOE RAMOS
Page 1

The US Sentencing Commission Hotline to get advice as to whether the objections were founded or not. No response has been forthcoming to the presentence officer. In addition, The presentence officer who drafted the report is out of town for training for the next three weeks and that will delay any corrections that may be needed. DATED: June 19, 2012

                                  /s/
                        KIM SANCHEZ
                        AUSA

                                  /s/
                        STEVEN L. CRAWFORD
                        Attorney for ORONDE JONES

In light of the above stipulation, IT IS HEREBY ORDERED that July 2, 2012, sentencing date for Noe Ramos is VACATED and reset to July 30, 2012 at 10:00 a.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   June 20, 2012

                                CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to continue sentencing hearing
United States of America v. NOE RAMOS
Page 2