IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN BUSTAMANTE,<br><br>Defendant. | 1:12-CR-00013AWI<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to Steven Bustamante with prejudice.

IT IS SO ORDERED.

Dated: April 4, 2013

_____
SENIOR DISTRICT JUDGE

1